IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRISTIN B.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK J. BISIGNANO,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 3:25-CV-1019-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Before the Court are the parties' Agreed Motion for Remand to the Commissioner (Doc. 18) and Defendant Commissioner of Social Security's Motion to Stay Proceedings (Doc. 19). For the following reasons, the Agreed Motion for Remand is granted, and the Motion to Stay Proceedings is denied as moot.

The parties ask the Court to reverse the Commissioner's decision and remand this case for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (Doc. 18). A sentence four remand depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S.

---

[1] In keeping with the Court's practice, Plaintiff's full name will not be used in this Order due to privacy concerns. See FED. R. CIV. P. 5.2(c) and the Advisory Committee Notes thereto.
[2] Frank J. Bisignano is the current Commissioner of Social Security. *See* FED. R. CIV. P. 25(d); 42 U.S.C. § 405(g).

292, 302-303 (1993).

The parties agree that, upon remand, the ALJ will: (1) give further consideration to the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations; (2) evaluate the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c; (3) offer the claimant the opportunity for a hearing; (4) take further action to complete the administrative record resolving the above issues; and (5) issue a new decision.

For good cause shown, the Agreed Motion to Remand to the Commissioner (Doc. 18) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). Consequently, the Commissioner's Motion to Stay Proceedings (Doc. 19) is **DENIED as moot**.

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

DATED:   October 29, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**